AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# United States District Court

## DISTRICT OF NEVADA

Linda Beaupre

                        Plaintiff,

    v.

Andrew Saul, Commissioner SSA

                        Defendant.

**Attorney Fees**

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-2032-BNW

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 ✗    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered for attorney fees in favor of Plaintiff in the amount of $3,064.40

April 22, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk